FILED
CLERK, U.S. DISTRICT COURT

JAN 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY VKK DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| TYRONE WALLACE, | ) | No. CV 07-6-VAP (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| T. MOBERG, et al., | ) | |
| Defendant(s). | ) | |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Defendant's motion to dismiss the excessive force claim in the First Amended Complaint is denied.

DATED: January 31, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE