**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TYRONE WALLACE,<br><br>        Plaintiff,<br><br>   v.<br><br>T. MOBERG, et al,<br><br>        Defendants. | No. CV 07-6-VAP (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is adopted, the Defendants' motion for summary judgment is granted, and that Judgment be entered in favor of the Defendants dismissing this action with prejudice.

DATED: January 10, 2009

                                            VIRGINIA A. PHILLIPS<br>
                                      UNITED STATES DISTRICT JUDGE