# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TYRONE WALLACE, | No. CV 07-6-VAP (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| T. MOBERG, et al., | |
| Defendants. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the Judgement be entered for the Defendants and that this action is dismissed with prejudice.

DATED: January 10, 2009

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE